UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

STEVEN A. SCIARRETTA, AS
TRUSTEE OF THE BARTON COTTON
IRREVOCABLE TRUST
**Plaintiff,**

vs.

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY
**Defendant.**
_____/

## COMPLAINT

Plaintiff, Steven A. Sciarretta, as Trustee of the Barton Cotton Irrevocable Trust, files this Complaint against Defendant, The Lincoln National Life Insurance Company. Plaintiff alleges and states as follows:

### INTRODUCTION

1. This a contract action for recovery of death benefits on a life insurance policy issued by Defendant on the life of Barton Cotton, now deceased.

### PARTIES

2. Plaintiff resides in and conducts his business in and is a citizen of the state of Florida.

3. Upon information and belief, Defendant is an Indiana corporation whose principal office is located at 1300 South Clinton Street, Fort Wayne, Indiana 46802

## JURISDICTION

4. Jurisdiction is proper pursuant to 28 U.S.C. §1332(a) (diversity). The amount in controversy exceeds $75,000 exclusive of interest and costs.

## VENUE

5. Venue in the Southern District of Florida is proper pursuant to 28 U.S.C. 1391, as a substantial part of the events or omissions giving rise to the claim occurred in the District. Defendant conducts business in the District and the contract in dispute, the life insurance policy, was entered into in the District.

## FACTS

6. Plaintiff is the owner and beneficiary of policy # JJ-7033333 (the "Policy") issued by Defendant on June 6, 2008, insuring the life of Barton L. Cotton for Five Million ($5,000,000) Dollars. A copy of the Policy is attached hereto as Exhibit "A."

7. Barton L. Cotton died on October 18, 2010. A copy of his death certificate is attached hereto as Exhibit "B."

8. On or about October 29, 2010 Plaintiff filed a claim with Defendant for the death benefits under the Policy.

9. Plaintiff has performed all conditions precedent to his recovery of the Policy death benefits.

10. Defendant has refused to pay the Policy death benefits.

11. §627.428, Florida Statutes provides that a beneficiary who prevails in an action against an insurer is entitled to reasonable attorneys fees.

12. Plaintiff was required to employ Thomas L. David, P.A. to represent him in this cause.

Plaintiff demands a jury trial of all issues triable by a jury.

WHEREFORE, Plaintiff prays for judgment against Defendant in the amount of Five Million ($5,000,000) together with interest costs and reasonable attorney's fees.

Dated: April 21, 2011          Respectfully submitted,

*/s/ Thomas L. David*
Thomas L. David
Florida Bar No.: 213969
E-mail: td@davidcapital.com
Thomas L. David, P.A
4800 LeJeune Road
Coral Gables, FL 33146
(305) 371-6600
(305) 667-8015 Fax
Attorney for Plaintiff
Steven A. Sciarretta