UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN A. SCIARRETTA, as
Trustee of the Barton Cotton
Irrevocable Trust,

      Plaintiff/Counterclaim
      Defendant,

v.

THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY,

      Defendant/Counterclaim
      Plaintiff/Third-Party Plaintiff

v.

SANFORD MUCHNICK, an Individual,
and as Trustee of the Barton Cotton Irrevocable
Trust,

      Third-Party Defendant.

No.: 9:11-cv-80427-DMM

FILED by _____ D.C.

MAR 02 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - W.P.B.

## VERDICT FORM

We the jury unanimously find as follows:

### CLAIM ONE—LACK OF INSURABLE INTEREST

1. Do you find that it was intended, at the time of procurement, that the Cotton Policy would later be assigned or transferred to someone with no insurable interest in Mr. Cotton's life?

Please indicate Yes or No: ___*NO*___

## CLAIM TWO—FRAUD

2. Do you find that the Barton Cotton Irrevocable Trust ("the Trust") made a false statement of fact in the application for the Cotton Policy?

     Please indicate Yes or No: _Yes_____

If your answer is NO to Question 2, your verdict is for the Trust on this claim and please proceed to question 11.

3. Do you find that the misrepresentation(s) related to a material existing fact?

     Please indicate Yes or No: _Yes_____

If your answer is NO to Question 3, your verdict is for the Trust on this claim and please proceed to question 11.

4. Do you find that the Trust knew at the time it made the misrepresentation that it was false?

     Please indicate Yes or No: _Yes_____

If your answer is NO to Question 4, your verdict is for the Trust on this claim and please proceed to question 11.

5. Do you find that the Trust intended to induce The Lincoln National Life Insurance Company ("Lincoln") to rely and act upon the misrepresentation?

     Please indicate Yes or No: _Yes_____

If your answer is NO to Question 5, your verdict is for the Trust on this claim and please proceed to question 11.

6. Do you find that Lincoln relied upon the misrepresentation and suffered injury or damage as a result?

     Please indicate Yes or No: __No_____

If your answer is NO to Question 6, your verdict is for the Trust on this claim and please proceed to question 11.

7. Do you find that any of the defenses asserted by the Trust bar Lincoln from recovering damages for fraud?

     Please indicate Yes or No: _____

2

If your answer is YES to Question 7, your verdict is for the Trust on this claim and please proceed to question 11.

8. Please indicate the amount of compensatory damages for which you find the Trust liable on this claim.

_____

9. If your verdict is for Lincoln on this claim, you may, but are not required to, assess punitive damages if you find that that there is clear and convincing evidence that the Trust acted with malice or reckless indifference to the rights of others. Please indicate the amount of punitive damages for which you find the Trust liable on this claim.

_____

10. If you find punitive damages are appropriate, please indicate which person or persons acted with malice or reckless indifference to the rights of others.

_____


## CLAIM THREE—NEGLIGENT MISREPRESENTATION

11. Do you find that the Trust made a misrepresentation of material fact in the application for the Cotton Policy?

Please indicate Yes or No: _Yes_____

If your answer is NO to Question 11, your verdict is for the Trust on this claim and please proceed to question 17.

12. Do you find that the Trust knew of the misrepresentation, made the representation without knowledge as to its truth or falsity, or made the representation under circumstances in which it ought to have known of its falsity?

Please indicate Yes or No: _Yes_____

If your answer is NO to Question 12, your verdict is for Trust on this claim and please proceed to question 17.

13. Do you find that the Trust intended to induce Lincoln to rely and act upon the misrepresentation?

Please indicate Yes or No: _Yes_____

If your answer is NO to Question 13, your verdict is for the Trust on this claim and please proceed to question 17.

14. Do you find that Lincoln justifiably relied upon the misrepresentation(s) and suffered injury or damage as a result?

Please indicate Yes or No: _No_

If your answer is NO to Question 14, your verdict is for the Trust on this claim and please proceed to question 17.

15. Do you find that any of the defenses asserted by the Trust bar Lincoln from recovering damages for negligent misrepresentation?

Please indicate Yes or No: _____

If your answer is YES to Question 15, your verdict is for the Trust on this claim and please proceed to question 17.

16. Please indicate the amount of compensatory damages for which you find the Trust liable on this claim.

_____

## CLAIM FOUR—CIVIL CONSPIRACY

17. Do you find that there was an agreement by the Trust with one another, or with someone else, to do an unlawful act, such as procuring a policy that lacked an insurable interest at inception, or misrepresenting material facts to Lincoln in the application for the Cotton Policy?

Please indicate Yes or No: _Yes_

If your answer is NO to Question 17, your verdict is for the Trust on this claim and the foreperson is instructed to sign the verdict form.

18. Do you find that one or more parties to that agreement did some overt act in furtherance of the conspiracy?

Please indicate Yes or No: _Yes_

If your answer is NO to Question 18, your verdict is for the Trust on this claim and the foreperson is instructed to sign the verdict form.

19. Do you find that Lincoln was harmed as a result of the act done in furtherance of the conspiracy?

4

Please indicate Yes or No: _No_

If your answer is NO to Question 19, your verdict is for the Trust on this claim and the foreperson is instructed to sign the verdict form.

20. Please indicate the amount of compensatory damages for which you find the Trust liable on this claim.

_____Ø_____

SO SAY WE ALL.

_March 2, 2012_
DATE

5