IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:11-cv-80427-DMM

STEVEN A. SCIARETTA, as trustee
of the Barton Cotton Irrevocable Trust
a/k/a the Amended and Restated Barton
Cotton Irrevocable Trust,

    Plaintiff/Counterclaim Defendant,

v.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendant/Counterclaim Plaintiff/
    Third-Party Plaintiff,

v.

SANFORD MUCHNICK, an individual, and
as trustee of the Barton Cotton Irrevocable Trust,

    Third-Party Defendant.
_____/

## AMENDED FINAL JUDGMENT

    THIS CAUSE comes before the Court upon Plaintiff's Motion to Withdraw his Motion for Attorney's Fees and Costs, Withdraw his Motion for Bill of Costs and to Amend the Final Judgment ("Motion") (DE 183) filed on June 21, 2012. Plaintiff asks this Court to enter an Amended Final Judgment in favor of the Trust to include awards of attorneys' fees and costs that the parties have agreed to. Plaintiff asserts that The Lincoln National Life Insurance Company ("Lincoln" or "Defendant"), has consented to this award of fees and costs pending adjudication of Defendant's Renewed Motion for Judgment and any appeal from the Judgment. Having considered the matter, it is hereby

    **ORDERED AND ADJUDGED** that the Motion (DE 183) is GRANTED. Pursuant to

Rules 54 and 58 of the Federal Rules of Civil Procedure, Amended Final Judgment is hereby entered in favor of the Plaintiff Trust and against Defendant Lincoln, in the following amount:

1. Five Million Dollars ($5,000,000), representing the principal death benefit owed under the subject policy issued by Defendant to the Trust, plus prejudgment interest at the rate of 8% ($1,095.89 per diem), accruing from November 1, 2010 until April 2, 2012, the date the original Final Judgment was entered in this action.

2. Eight Hundred and Fifty Thousand dollars ($850,000), representing in attorneys' fees and non-taxable expenses and costs incurred and recoverable by Plaintiff in this action.

3. Fourteen Thousand and Seven Hundred Eighty Three Dollars and Eighty Cents ($14,783.80), representing costs incurred and taxable by Plaintiff in this action pursuant o 28 U.S.C. § 1920.

4. Interest accruing on the foregoing sums after April 2, 2012 pursuant to 28 U.S.C. § 1961. For which sums let execution issue.

5. The Court retains jurisdiction to adjudicate further applications for attorneys' fees and costs and Defendant's Renewed Motion for Judgment (DE 166).

It is further

**ORDERED AND ADJUDGED** that Plaintiff's pending Motion for Bill of Costs (DE 163) and Verified Motion for Attorneys' Fees and Costs (DE 179) are WITHDRAWN.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 27th day of June, 2012.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE